# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL TORRESBLANCO, | Case No. CV 25-4041 FMO (MARx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: DISMISSAL RE: LACK OF PROSECUTION** |
| RPA CP OPPORTUNITY TRUST 1, et al., | |
| Defendants. | |

By order dated July 30, 2025, plaintiff was ordered to show cause, on or before August 6, 2025, why this action should not be dismissed for lack of prosecution. (See Dkt. 22, Court's Order of July 30, 2025). The order stated that the Order to Show Cause would "stand submitted upon the filing" of an answer or application for entry of default judgment as to Bank of America Corporation. (See id.). Plaintiff was admonished that "[f]ailure to file a timely response to th[e] Order to Show Cause may result in the action being dismissed for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41." (Id.).

On July 25, 2025, plaintiff filed a response to the order to show cause, indicating that plaintiff effected service on Bank of America Corporation and that he would proceed to file an application for entry of default. (See Dkt. 25, Declaration of Sammy Zreik at 2). Plaintiff filed his request for entry of default on August 8, 2025. (See Dkt. 28, Request for Entry of Default). However, on August 11, 2025, the Clerk issued a Notice of Deficiency as to the request for entry

of default, advising plaintiffs of a specific deficiency – plaintiff's failure to file a proof of service on the docket.  (See Dkt. 30, Notice of Deficiency).

As of the date of this Order, plaintiff has not filed a proof of service or renewed application for entry of default.  (See, generally, Dkt.).  The court will provide plaintiff one final opportunity to do so.  Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file a proof of service and a renewed application for entry of default by **August 29, 2025**.

2. Plaintiff is cautioned that failure to file a proof of service and a renewed application for entry of default by the deadline set forth above will result in the dismissal of this action without prejudice for failure to prosecute and/or failure to comply with a court order.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. The Order to Show Cause is hereby continued pending compliance with paragraph one above.

Dated this 25th day of August, 2025.

/s/
Fernando M. Olguin
United States District Judge