JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL TORRESBLANCO, | Case No. CV 25-4041 FMO (MARx) |
| Plaintiff, | |
| v. | **JUDGMENT DISMISSING FEDERAL CLAIM AND REMANDING STATE CLAIMS** |
| RPA CP OPPORTUNITY TRUST 1, et al., | |
| Defendants. | |

Pursuant to the Order Re: Pending Motions, IT IS ADJUDGED that plaintiff's claim under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. is dismissed.  The remaining state law claims are remanded to the Los Angeles County Superior Court.

Dated this 23rd day of February, 2026.


                                                        /s/
                                         Fernando M. Olguin
                                         United States District Judge